IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

COURTHOUSE NEWS SERVICE, *et al.*,

    Plaintiffs,

v.                                                Civil Action No. 1:25-cv-75-JPJ-PMS

KARL R. HADE, *et al.*,

    Defendants.

## CONSENT MOTION FOR EXTENSION TO RESPOND TO THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Edward Jewett, Brenda Hamilton, and Kelly Flannagan (collectively, the "Clerk Defendants"), by counsel, respectfully move this Court to enter the enclosed order granting them an extension of time until February 5, 2026, to move, respond, or otherwise plead in response to the Complaint filed in this case. In support of this Motion, the Clerk Defendants state the following:

    1.    On December 9, 2025, Plaintiffs filed their Complaint in this case. (ECF No. 1).

    2.    The Clerk Defendants were served with the Complaint on December 16, 2025.

    3.    Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, the Clerk Defendants' responses to the Complaint are due on or before January 6, 2026.

    4.    Counsel for the Clerk Defendants were recently retained to defend the case.

    5.    Due to the nature of the allegations and time constraints, counsel for the undersigned Clerk Defendants request an extension of the response deadline to February 5, 2026, in order to investigate this matter and prepare an appropriate response to the Complaint.

6. The Clerk Defendants make this request for the sole and limited purpose of addressing the responsive pleading deadline. They do not waive, and expressly reserve, all arguments and defenses available to them in this action.

7. Undersigned counsel for Clerk Defendants has conferred with counsel to Plaintiffs in this case and understands that they consent to the relief requested by this Motion. Accordingly, this request will not cause any undue delay or otherwise prejudice any party.

8. This Motion is unopposed. The parties agree that a hearing is not required to adjudicate this Motion.

9. Under Federal Rule 6(b)(1)(A), the Court may grant this Motion based upon a showing of good cause. In this instance, good cause has been established by the foregoing.

10. A proposed Agreed Order is attached for the Court's consideration.

WHEREFORE, Defendants Edward Jewett, Brenda Hamilton, and Kelly Flannagan respectfully move this Court for an extension of time until February 5, 2026, to respond to the Complaint in this case.

Respectfully submitted,

By: ___/s/ Peter S. Askin___
William W. Tunner (VSB No. 38358)
William D. Prince IV (VSB No. 77209)
Rachel W. Adams (VSB No. 92605)
Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
radams@t-mlaw.com
paskin@t-mlaw.com
*Counsel for Defendants Edward Jewett, Brenda Hamilton, and Kelly Flannagan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Roger Myers, *pro hac vice* forthcoming
Rachel Matteo-Boehm, *pro hac vice* forthcoming
Carlie Tenenbaum, *pro hac vice* forthcoming
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
2100 East Cary Street, Suite 310
San Francisco, California 94111
Telephone: (415) 675-3400
roger.myers@bclplaw.com
rachel.matteo-boehm@bclplaw.com
carlie.tenenbaum@bclplaw.com

*Counsel for Plaintiffs Courthouse News Service, Lee Enterprises, Incorporated and Lee BHM LLC*

Dabney J. Carr IV, Esq.
Lauren H. Miller, Esq.
TROUTMAN PEPPER LOCKE LLP
P.O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1200
Facsimile: (805) 697-1339
dabney.carr@troutman.com
lauren.h.miller@troutman.com

*Counsel for Plaintiffs Courthouse News Service, Lee Enterprises, Incorporated and Lee BHM LLC*

      /s/ Peter S. Askin
Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: paskin@t-mlaw.com

*Counsel for Defendants Edward Jewett, Brenda Hamilton, and Kelly Flannagan*