UNITED STATES DISTRICT COURT
For the Western District of Virginia
Abingdon Division

| | |
|---|---|
| COURTHOUSE NEWS SERVICES, et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No. 1:25-cv-00075 |
| KARL R. HADE, in his official capacity as Exec. Sec'y of the Office of Exec. Sec'y of the Supreme Ct. of Va., *et al.* | ) |
| *Defendants.* | ) |

## DEFENDANT KARL R. HADE'S
## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

The Defendant, Karl R. Hade, by counsel, requests that this Court grant this Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and thereby dismiss the claims brought by Courthouse News Service, Lee Enterprises, Incorporated, and Lee BHM LLC against him. The factual and legal basis for dismissing these claims is set forth in Karl R. Hade's Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6).

Respectfully submitted,

KARL R. HADE, in his official capacity,

By Counsel:  */s/ Erin R. McNeill*

Jay Jones
   *Attorney General of Virginia*

Gretchen Nygaard
   *Deputy Attorney General*

Erin R. McNeill (VSB No. 78816)
John D. Gilbody (VSB No. 42788)
Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 692-0598
emcneill@oag.state.va.us
jgilbody@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Erin R. McNeill*
Erin R. McNeill (VSB No. 78816)
Sr. Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 692-0598
emcneill@oag.state.va.us