**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division**

COURTHOUSE NEWS SERVICE, *et al.*,

      Plaintiffs,

v.                                                          Civil Action No. 1:25-cv-75-JPJ-PMS

KARL R. HADE, *et al.,*

      Defendants.

### THE CLERKS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(1)

Defendants Edward Jewett, in his official capacity as Clerk of the Circuit Court for the City

of Richmond, Virginia, Brenda Hamilton, in her official capacity as Clerk of the Circuit Court for

the City of Roanoke, Virginia, and Kelly Flannagan, in her official capacity as Clerk of the Circuit

Court for the City of Bristol, Virginia (collectively, the "Clerks"), by counsel, and pursuant to

Federal Rule of Civil Procedure 12(b)(1), move this Court to dismiss all counts in the Complaint

for lack of subject matter jurisdiction.

A memorandum in support of this Motion is being filed contemporaneously herewith. The

Clerks request a hearing on the Motion.

                              Respectfully submitted,

                              **EDWARD JEWETT**, in his official capacity as
                              Clerk of the Circuit Court for the City of Richmond,
                              Virginia;

                              **BRENDA HAMILTON**, in her official capacity as
                              Clerk of the Circuit Court for the City of Roanoke,
                              Virginia; and

                              **KELLY FLANNAGAN**, in her official capacity as
                                Clerk of the Circuit Court for the City of Bristol,
                              Virginia

By:   /s/ Peter Askin
William W. Tunner (VSB No. 38358)
William D. Prince IV (VSB No. 77209)
Rachel W. Adams (VSB No. 92605)
Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
radams@t-mlaw.com
paskin@t-mlaw.com

*Counsel for Defendants Edward Jewett, in his official capacity as the Clerk of the Circuit Court for the City of Richmond, Virginia, Brenda Hamilton, in her official capacity as the Clerk of the Circuit Court for the City of Roanoke, Virginia, and Kelly Flannagan, in her official capacity as the Clerk of the Circuit Court for the City of Bristol, Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to counsel of record:

Roger Myers, *pro hac vice* forthcoming
Rachel Matteo-Boehm, *pro hac vice*
forthcoming
Carlie Tenenbaum, *pro hac vice* forthcoming
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
2100 East Cary Street, Suite 310
San Francisco, California 94111
Telephone: (415) 675-3400
roger.myers@bclplaw.com
rachel.matteo-boehm@bclplaw.com
carlie.tenenbaum@bclplaw.com

*Counsel for Plaintiffs Courthouse News
Service, Lee Enterprises, Incorporated
and Lee BHM LLC*

Dabney J. Carr IV, Esq.
Lauren H. Miller, Esq.
TROUTMAN PEPPER LOCKE LLP
P.O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1200
Facsimile: (805) 697-1339
dabney.carr@troutman.com
lauren.h.miller@troutman.com

*Counsel for Plaintiffs Courthouse News
Service, Lee Enterprises, Incorporated
and Lee BHM LLC*

By:  ___/s/ Peter Askin_____
 Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: paskin@t-mlaw.com

*Counsel for Defendants Edward Jewett, Brenda
Hamilton, and Kelly Flannagan*