# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## Abingdon Division

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

February 12, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

COURTHOUSE NEWS SERVICE; LEE ENTERPRISES, INCORPORATED, AND LEE BHM LLC, PUBLISHER OF THE RICHMOND TIMES-DISPATCH, THE ROANOKE TIMES, BRISTOL HERALD COURIER, LYNCHBURG NEWS AND ADVANCE, FREDERICKSBURG FREE LANCE STAR AND THE DAILY PROGRESS.

   Plaintiff,

v.

KARL R. HADE, in his official capacity as Executive Secretary of the Office of Executive Secretary of the Supreme Court of Virginia,

and

EDWARD JEWETT, in his official capacity as Clerk of the Circuit Court for the City of Richmond, Virginia,

and

BRENDA HAMILTON, in her official capacity as Clerk of the Circuit Court for the City of Roanoke, Virginia,

and

KELLY FLANNAGAN, in her official capacity as Clerk of the Circuit Court for the City of Bristol, Virginia

   Defendants.

Civil Action No. 1:25-cv-0075-JPJ-PMS

## ORDER

Upon the Consent Motion of the Plaintiffs Courthouse News Service, Lee Enterprises, Incorporated and Lee BHM LLC, (Docket Item No. 46) ("Motion"), for an extension of time to file their responses to the Motion to Dismiss for Lack of Jurisdiction, (Docket Item No. 38), and the Motion to Dismiss for Failure to State a Claim, (Docket Item No. 39), filed by Defendant Karl R. Hade and to the Motion to Dismiss for Lack of Jurisdiction, (Docket Item No. 41, and the Motion to Dismiss for Failure to State a Claim, (Docket Item No. 43), filed by Defendants Kelly Flannagan, Brenda Hamilton and Edward Jewett, (collectively, the "Motions to Dismiss"), finding good cause to do so, hereby **GRANTS** the Motion and extends the deadline for Plaintiffs to file their responses to the Motions to Dismiss to March 5, 2026.

**IT IS SO ORDERED.**

**ENTERED:** February 12, 2026.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE