IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | | |
|---|---|---|
| Courthouse News Service, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-0075 |
| | ) | |
| Karl L. Hade, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Karl R. Hade, in his official capacity as Executive Secretary of the Office of the Executive Secretary of the Supreme Court of Virginia, by counsel, appeals to the U.S. Court of Appeals for the Fourth Circuit this Court's Opinion and Order, ECF No. 73, which was entered on May 5, 2026.

Respectfully submitted,

Jay C. Jones

*Attorney General of Virginia*

KARL R. HADE

By Counsel:

        /s/ Erin R. McNeill
Erin R. McNeill (VSB# 78816)*
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone (ERM): (804) 692-0598
Facsimile (ERM): (804) 371-0200
Email (ERM): EMcneill@oag.state.va.us
*Counsel of Record for Hade*

Gretchen E. Nygaard

*Deputy Attorney General*

Jacqueline C. Hedblom

*Senior Assistant Attorney General*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to counsel of record.


/s/ Erin R. McNeill

Erin R. McNeill (VSB No. 78816)
Senior Assistant Attorney General