## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 05/20/26 <br><br> ✓ First NOA in Case <br><br> ___ Subsequent NOA-same party <br><br> ___ Subsequent NOA-new party <br><br> ___ Subsequent NOA-cross appeal <br><br> ___ Paper ROA   ___ Paper Supp. <br><br> Vols: _____ <br><br> Other: _____ | **District:** <br> Western District of Virginia <br><br> **Division:** <br> Abingdon <br><br> **Caption:** <br> Courthouse News Service, et al. <br> v. <br> Karl R. Hade, et al. | **District Case No.:** <br> 1:25cv00075 <br><br> **4CCA No(s). for any prior NOA:** <br><br><br> **4CCA Case Manager:** |

**Exceptional Circumstances:**  ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

| **Confinement**-Criminal Case: <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ___ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address-**Criminal Case: | **Fee Status:** <br> ___ No fee required (USA appeal)  ✓ Appeal fees paid in full  ___ Fee not paid <br> **If the fee has not been paid, please check one of the following:** <br> **Criminal Cases:** <br> ___ Defendant proceeded under CJA in district court. <br> ___ Defendant did not proceed under CJA in district court. <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
|---|---|
| **District Judge:** <br> Senior Judge James P. Jones | **PLRA Cases**: <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): <br> Cynthia Bragg <br><br><br> **Coordinator**: | **Sealed Status** (check all that apply): <br> ____ Portions of record under seal <br> ____ Entire record under seal <br> ____ Party names under seal <br> ____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): <br> ___ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable): <br> ✓ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: |
|---|---|

Deputy Clerk: Abingdon Deputy    Phone: 276-628-5116    Date: 05/20/26