IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**Abingdon Division**

COURTHOUSE NEWS SERVICE, *et al.*,

     Plaintiffs,

v.                                                          Civil Action No. 1:25-cv-00075-JPJ-PMS

KARL R. HADE, *et al.,*

     Defendants.

**MEMORADUM IN SUPPORT OF DEFENDANTS JOINT MOTION TO STAY**

Defendants Karl R. Hade, in his official capacity as Executive Secretary of the Office of the Executive Secretary of the Supreme Court of Virginia, Edward Jewett, in his official capacity as Clerk of the Circuit Court for the City of Richmond, Virginia, Brenda Hamilton, in her official capacity as Clerk of the Circuit Court for the City of Roanoke, Virginia, and Kelly Flannagan, in her official capacity as Clerk of the Circuit Court for the City of Bristol, Virginia ("Defendants"), by counsel, submit this Memorandum in Support of their Joint Motion to Stay all proceedings relating to them pending resolution of their interlocutory appeal.

**BACKGROUND**

Defendants filed Motions to Dismiss in this matter on the basis that, among other things, they are entitled to Eleventh Amendment immunity. Defendants' Motions to Dismiss, ECF Nos. 38, 39, 41 and 43; Mem. Supp. Mt. to Dismiss, ECF Nos. 40, 42, and 44. On May 5, 2026, this Court denied Defendants' motions to dismiss. Mem. Op. and Order, ECF No. 73.

On May 19, 2026, and May 20, 2026, Defendants noticed their interlocutory appeal of this Court's denial of their motions to dismiss to the United States Court of Appeals for the Fourth Circuit. Notice of Appeal, ECF Nos. 75 and 78.

1

**ARGUMENT**

Decisions denying Eleventh Amendment immunity are immediately appealable under the collateral order doctrine. *See Glov Innovative Concepts, LLC v. Div. of Emer. Mgmt.*, 105 F.4th 139, 144 (4th Cir. 2024). "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (superseded by statute on other grounds); *Mt. Valley Pipeline, LLC v. 8.37 Acres of Land*, 101 F.4th 350, 360 (4th Cir. 2024) ("a notice of appeal divests the district court of 'its control over those aspects of the case involved in the appeal.'") (quoting *Griggs*, 459 U.S. at 58). "Without control, the district court must refrain from further action on those aspects of the case involved in the appeal until the appeal is completed." *City of Martinsville v. Express Scripts, Inc.*, 128 F.4th 265, 269 (4th Cir. 2025).

The aspects of this case now on appeal are whether Defendants can be subject to suit in the first instance. *See Glover v. Hryniewich*, 438 F. Supp. 3d 625, 644 (E.D. Va. 2020) ("Since immunity is a defense not to stand trial, proceeding to trial is clearly an aspect of the case implicated in appellate review."). "[A] trial may not be conducted from the time that an interlocutory or collateral order appeal is properly taken until the court of appeals returns jurisdiction to the district court." *United States v. Modanlo*, 762 F.3d 403, 411 (4th Cir. 2014); *see Glover*, 438 F. Supp. 3d at 644-45 (appeals related to immunity from suit "divest[] the district court of jurisdiction (that is, authority) to require the appealing defendants to appear for trial.") (internal quotation marks omitted).

Defendants moved to dismiss the plaintiff's claims against them for various reasons, including that Defendants were immune from suit under the Eleventh Amendment. *See*

Defendants' Motions to Dismiss, ECF Nos. 38, 41; Mem. Supp. Mt. to Dismiss., ECF Nos. 40, 42. This Court denied those motions. *See* Mem. Op. and Order, ECF No. 73. Because Defendants have now noted their interlocutory appeals challenging that denial of their Motions to Dismiss, the proceedings in this case should be stayed.

## CONCLUSION

For these reasons, this Court should stay this matter pending resolution of Defendants' interlocutory appeal. Counsel for the plaintiffs has indicated that they oppose this Motion.

Respectfully submitted,

**EDWARD JEWETT**, in his official capacity as Clerk of the Circuit Court for the City of Richmond, Virginia;

**BRENDA HAMILTON**, in her official capacity as Clerk of the Circuit Court for the City of Roanoke, Virginia; and

**KELLY FLANNAGAN**, in her official capacity as Clerk of the Circuit Court for the City of Bristol, Virginia

**KARL R. HADE**, in his official capacity as Executive Secretary of the Office of the Executive Secretary of the Supreme Court of Virginia,

By Counsel

/s/ John P. O'Herron

William W. Tunner (VSB No. 38358)
William D. Prince IV (VSB No. 77209)
John P. O'Herron (VSB No. 79357)
Rachel W. Adams (VSB No. 92605)
Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813

3

wtunner@t-mlaw.com
wprince@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com
paskin@t-mlaw.com

*Counsel for Defendants Edward Jewett, in his official capacity as the Clerk of the Circuit Court for the City of Richmond, Virginia, Brenda Hamilton, in her official capacity as the Clerk of the Circuit Court for the City of Roanoke, Virginia, and Kelly Flannagan, in her official capacity as the Clerk of the Circuit Court for the City of Bristol, Virginia*

/s/ Erin R. McNeill

Erin R. McNeill, Esq.
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone (ERM): (804) 692-0598
Facsimile (ERM): (804) 371-0200
Email (ERM): EMcneill@oag.state.va.us

*Counsel for Karl R. Hade, in his official capacity as Executive Secretary of the Office of the Executive Secretary of the Supreme Court of Virginia*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

counsel of record.

Roger Myers, *pro hac vice* forthcoming
Rachel Matteo-Boehm, *pro hac vice* forthcoming
Carlie Tenenbaum, *pro hac vice* forthcoming
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
2100 East Cary Street, Suite 310
San Francisco, CA 94111
Telephone: (415) 675-3400
roger.myers@bclplaw.com
rachel.matteo-boehm@bclplaw.com
carlie.tenenbaum@bclplaw.com

*Counsel for Plaintiffs Courthouse News Service,
Lee Enterprises, Incorporated
and Lee BHM LLC*

Dabney J. Carr IV, Esq.
Lauren H. Miller, Esq.
TROUTMAN PEPPER LOCKE LLP
P.O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1200
Facsimile: (805) 697-1339
dabney.carr@troutman.com
lauren.h.miller@troutman.com

*Counsel for Plaintiffs Courthouse News
Service, Lee Enterprises, Incorporated
and Lee BHM LLC*

/s/ John P. O'Herron
John P. O'Herron (VSB No. 79357)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
joherron@t-mlaw.com

*Counsel for Defendants Edward Jewett, in his
official capacity as the Clerk of the Circuit Court
for the City of Richmond, Virginia, Brenda
Hamilton, in her official capacity as the Clerk of the
Circuit Court for the City of Roanoke, Virginia, and
Kelly Flannagan, in her official capacity as the
Clerk of the Circuit Court for the City of Bristol,
Virginia*

5

/s/ Erin R. McNeill
Erin R. McNeill, Esq.
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone (ERM): (804) 692-0598
Facsimile (ERM): (804) 371-0200
Email (ERM): EMcneill@oag.state.va.us

*Counsel for Karl R. Hade, in his official capacity as Executive Secretary of the Office of the Executive Secretary of the Supreme Court of Virginia*