FILED:  June 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1694
(1:25-cv-00075-JPJ-PMS)

_____

COURTHOUSE NEWS SERVICE; LEE ENTERPRISES, INCORPORATED;
LEE BHM, LLC, Publisher of the Richmond Times-Dispatch, The Roanoke
Times, Bristol Herald Courier, Lynchburg News and Advance, Fredericksburg
Freelance Star and The Daily Progress

　　　　　Plaintiffs - Appellees

v.

KARL R. HADE, in his official capacity as Executive Secretary of the Office of
Executive Secretary of the Supreme Court of Virginia

　　　　　Defendant - Appellant

 and

EDWARD JEWETT, in his official capacity as Clerk of the Circuit Court for the
City of Richmond, Virginia; BRENDA HAMILTON, in her official capacity as
Clerk of the Circuit Court for the City of Roanoke, Virginia; KELLY
FLANNAGAN, in her official capacity as Clerk of the Circuit Court for the City
of Bristol, Virginia

　　　　　Defendants

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Abingdon |
|---|---|

| Originating Case Number | 1:25-cv-00075-JPJ-PMS |
|---|---|
| Date notice of appeal filed in originating court: | 05/19/2026 |
| Appellant | Karl Hade |
| Appellate Case Number | 26-1694 |
| Case Manager | A. Walker 804-916-2702 |