**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division**

COURTHOUSE NEWS SERVICE, *et al.*,

     Plaintiffs,

v.                                  Civil Action No. 1:25-cv-00075-JPJ-PMS

KARL R. HADE, *et al.,*

     Defendants.

### MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL

Defendants Edward Jewett, in his official capacity as Clerk of the Circuit Court for the City of Richmond, Virginia, Brenda Hamilton, in her official capacity as Clerk of the Circuit Court for the City of Roanoke, Virginia, and Kelly Flannagan, in her official capacity as Clerk of the Circuit Court for the City of Bristol, Virginia, by counsel and under 28 U.S.C. § 1292(b), respectfully move this Court to certify its Order dated May 5, 2026 (ECF No. 73), for interlocutory appeal. The grounds for this motion are set forth in the memorandum in support filed simultaneously herewith.

                              Respectfully submitted,

                              **EDWARD JEWETT**, in his official capacity as
                              Clerk of the Circuit Court for the City of Richmond,
                              Virginia;

                              **BRENDA HAMILTON**, in her official capacity as
                              Clerk of the Circuit Court for the City of Roanoke,
                              Virginia; and

                              **KELLY FLANNAGAN**, in her official capacity as
                              Clerk of the Circuit Court for the City of Bristol,
                              Virginia

                              By Counsel

                              /s/ John P. O'Herron

William W. Tunner (VSB No. 38358)
William D. Prince IV (VSB No. 77209)
John P. O'Herron (VSB No. 79357)
Rachel W. Adams (VSB No. 92605)
Peter S. Askin (VSB No. 93371)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com
paskin@t-mlaw.com

*Counsel for Defendants Edward Jewett, in his
official capacity as the Clerk of the Circuit Court
for the City of Richmond, Virginia, Brenda
Hamilton, in her official capacity as the Clerk of the
Circuit Court for the City of Roanoke, Virginia, and
Kelly Flannagan, in her official capacity as the
Clerk of the Circuit Court for the City of Bristol,
Virginia*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of June, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

counsel of record.

Roger Myers, *pro hac vice* forthcoming
Rachel Matteo-Boehm, *pro hac vice* forthcoming
Carlie Tenenbaum, *pro hac vice* forthcoming
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
2100 East Cary Street, Suite 310
San Francisco, CA 94111
Telephone: (415) 675-3400
roger.myers@bclplaw.com
rachel.matteo-boehm@bclplaw.com
carlie.tenenbaum@bclplaw.com

*Counsel for Plaintiffs Courthouse News Service,
Lee Enterprises, Incorporated
and Lee BHM LLC*

Erin R. McNeill, Esq.
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone (ERM): (804) 692-0598
Facsimile (ERM): (804) 371-0200
Email (ERM): EMcneill@oag.state.va.us

*Counsel for Karl R. Hade, in his official capacity
as Executive Secretary of the Office of the
Executive Secretary of the Supreme Court of
Virginia*

Dabney J. Carr IV, Esq.
Lauren H. Miller, Esq.
TROUTMAN PEPPER LOCKE LLP
P.O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1200
Facsimile: (805) 697-1339
dabney.carr@troutman.com
lauren.h.miller@troutman.com

*Counsel for Plaintiffs Courthouse News
Service, Lee Enterprises, Incorporated
and Lee BHM LLC*

3

/s/ John P. O'Herron
John P. O'Herron (VSB No. 79357)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
joherron@t-mlaw.com

*Counsel for Defendants Edward Jewett, in his official capacity as the Clerk of the Circuit Court for the City of Richmond, Virginia, Brenda Hamilton, in her official capacity as the Clerk of the Circuit Court for the City of Roanoke, Virginia, and Kelly Flannagan, in her official capacity as the Clerk of the Circuit Court for the City of Bristol, Virginia*

4