| AO435<br>(Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>**TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY<br><br>DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Dabney J. Carr IV | TELEPHONE NUMBER<br>804-697-1238 |
|---|---|---|
| DATE OF REQUEST<br>July 2, 2026 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>dabney.carr@troutman.com | |
| MAILING ADDRESS<br>P.O. Box 1122 | | CITY, STATE, ZIP CODE<br>Richmond, VA 23218 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  Sindie Bragg<br><br>OR    CHECK HERE [ ]    IF HEARING WAS RECORDED BY FTR |
|---|---|

| CASE NUMBER<br>1:25CV75 | CASE NAME<br>Courthouse News Service et al. v. Hade et al. | JUDGE'S NAME<br>Jones |
|---|---|---|
| DATE(S) OF PROCEEDING(S)<br>4/10/2026 | TYPE OF PROCEEDING(S)<br><br>Hearing on Motion to Dismiss | LOCATION OF PROCEEDING<br><br>WDVA- Abingdon |

REQUEST IS FOR: (*Select one*)  [✔] FULL PROCEEDING    OR    [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

| | | |
|---|---|---|
| [ ] Ordinary (30-Day) | | [ ] Daily |
| [ ] 14-Day | | [ ] Hourly |
| [ ] Expedited (7-Day) | | [ ] RealTime |
| [✔] 3-Day | | |

**4. CERTIFICATION:**  By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>7/2/2026 | SIGNATURE  *Dabney Carr* |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov**.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking** here**.**

NOTE: Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.