CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

July 02, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

COURTHOUSE NEWS SERVICE, et al.,     )
                                     )
            Plaintiffs,              )     Case No. 1:25CV00075
                                     )
v.                                   )     **ORDER**
                                     )
KARL R. HADE, et al.,                )     JUDGE JAMES P. JONES
                                     )
            Defendants.              )

Pursuant to this court's Opinion and Order dated July 2, 2026, this court hereby certifies its Order dated May 5, 2026, Dkt. No. 73, for an interlocutory appeal under 28 U.S.C. § 1292(b).  The Clerk of this court shall certify a copy of the May 5, 2026, Order, Dkt. No. 73, to the Clerk of the United States Court of Appeals for the Fourth Circuit.

It is so **ORDERED**.

ENTER:  July 2, 2026

/s/  JAMES P. JONES
Senior United States District Judge