FILED:  August 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-199
(1:25-cv-00075-JPJ-PMS)

_____

EDWARD JEWETT, in his official capacity as Clerk of the Circuit Court for the
City of Richmond, Virginia; BRENDA HAMILTON, in her official capacity as
Clerk of the Circuit Court for the City of Roanoke, Virginia; KELLY
FLANNAGAN, in her official capacity as Clerk of the Circuit Court for the City
of Bristol, Virginia

          Petitioners

v.

COURTHOUSE NEWS SERVICE; LEE ENTERPRISES, INCORPORATED;
LEE BHM, LLC, Publisher of the Richmond Times-Dispatch, The Roanoke
Times, Bristol Herald Courier, Lynchburg News and Advance, Fredericksburg
Freelance Star and The Daily Progress

          Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to

appeal, the court grants the petition. This case is transferred to the regular docket

and assigned docket number 26-2043. The record shall be retained in the court

below unless requested by this court.

A copy of this order shall be sent to the clerk of the district court.

For the Court

<u>/s/ Nwamaka Anowi, Clerk</u>